No. 23645.

LORENZO VIGIL *v.* THE PEOPLE OF THE STATE OF COLORADO.
(454 P.2d 814)

Decided May 26, 1969.

SAMUEL J. MERLO, for plaintiff in error.

DUKE W. DUNBAR, Attorney General, JOHN P. MOORE, Deputy, MICHAEL T. HALEY, Assistant, for defendant in error.

*En Banc.*

MR. CHIEF JUSTICE MCWILLIAMS delivered the opinion of the Court.

DEFENDENT was convicted of the crime of forgery and sentenced to a term in the state penitentiary. By writ of error the defendant now seeks reversal of the judgment and sentence thus entered against him.

The defendant contends that the judgment should be reversed and the cause remanded for a new trial because of the failure of the trial court to comply with the mandate of *Stull v. People,* 140 Colo. 278, 344 P.2d 455 concerning the manner in which evidence of so-called similar transactions is to be handled. In this regard the Attorney General confesses error. Our examination of the record convinces us also that in connection with the matter above referred to the trial court failed to comply with *Stull v. People, supra.* Other cases indicating our adherence to *Stull v. People, supra,* are *Clews v. People,* 151 Colo. 219, 377 P.2d 125; *Stanmore v. People,* 146 Colo. 445, 362 P.2d 1042; and *Kostal v. People,* 144 Colo. 505, 357 P.2d 70.

The judgment is therefore reversed and the cause remanded with direction that any further proceedings be consonant with *Stull v. People, supra.*

MR. JUSTICE KELLEY not participating.